IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL EDWARD HARRIS,

    Petitioner,

-vs-

JOHN EVANS, *warden*,

    Respondent.               No. 10-cv-530-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 7, 2013, the habeas petition pursuant to 28 U.S.C. §2254 is **DENIED** and **DISMISSED with prejudice**.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:  s/*Sara Jennings*
                      Deputy Clerk

**Dated:** March 7, 2013

Digitally signed by David R. Herndon
Date: 2013.03.07 14:11:08 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT